Jessie **SEIDNER**, Plaintiff–Appellant,

v.

**PCA INTERNATIONAL, INCORPORATED, d/b/a American Studios,** Defendant–Appellee.

No. 01–2079.

United States Court of Appeals, Fourth Circuit.

Submitted June 18, 2002.

Decided July 29, 2002.

Joe C. Ashworth, Leonardtown, Maryland, for Appellant. Charles E. Johnson, Angelique R. Vincent, Robinson, Bradshaw & Hinson, P.A., Charlotte, North Carolina, for Appellee.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

---

PER CURIAM.

Jessie Seidner appeals the district court's order granting summary judgment to PCA International, Inc. on her claim of wrongful termination under Maryland law. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Seidner v. PCA Int'l, Inc.*, No. CA–00–2054–AW (D. Md. filed July 31, 2001 & entered Aug. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*